IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 5:20-cr-004 |
| | ) | |
| MEGAN ROBINSON | ) | |
| | ) | |

**O R D E R**

Before the Court is the Government's Motion to Proffer Factual Basis at Rule 11 Hearing. In this motion, the Government requests it be permitted to provide a factual basis at Defendant's Rule 11 hearing via attorney proffer, without the need for agent testimony. Defendant does not oppose the Government's request.

After careful consideration, the Government's motion is **GRANTED**. Accordingly, the Government shall be permitted at the Rule 11 hearing to establish the factual for Defendant's conviction using an attorney proffer.

So ordered this __7th__ day of May 2020.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA